# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (CAMDEN)

| | |
|---|---|
| JOSEPH D. PEARCE, <br><br> Plaintiff, <br><br> v. <br><br> COLOR GRAPHICS, INC., <br><br> Defendant. | Civil Action No. 1:08-cv-01266-JEI-AMD <br><br><br> Judge Joseph I. Irenas |

### NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Joseph Pearce and Defendant Color Graphics, Inc. hereby stipulate to the dismissal of all claims in the above-referenced action with prejudice. The parties further stipulate that each party bear its own costs.

Respectfully submitted,

SINDEY L. GOLD & ASSOCIATES, P.C.

By: /s/ Traci M. Greenberg
   Traci M. Greenberg, Esquire
   1835 Market Street, Suite 515
   Philadelphia, PA 19103
   Attorneys for Plaintiff

Respectfully submitted,

RHOADS & SINON LLP

By: /s/ Kelly H. Decker
   Kelly H. Decker, Esquire
   One South Market Square, 12th Floor
   P.O. Box 1146
   Harrisburg, PA 17108-1146
   Attorneys for Plaintiff

*[Signed]*, S.U.S.D.J
7/2/08